**FERNANDEZ & LAUBY LLP**
Brian J. Mankin, Esq. [CSB No. 216228]
Peter J. Carlson, Esq. [CSB No. 295611]
4590 Allstate Drive
Riverside, CA 92501
Tel: (951) 320-1444
Fax: (951) 320-1445
bjm@fernandezlauby.com
pjc@fernandezlauby.com

**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW, LLP**
Norman B. Blumenthal (SBN 068687)
Kyle Nordrehaug (SBN 205975)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232
Email: norm@bamlawca.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BOYD, ISRAEL WHATLEY, ARTURO TORRES ROMERO, VICTOR ROMANO and GREGORY GINGELL, individuals, on behalf of themselves, and on behalf of all persons similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>MAY TRUCKING COMPANY, a Corporation; and DOES 1 through 50, Inclusive;<br><br>Defendants. | Lead Case No. 5:17-cv-02166-JGB-SHK<br>*Consolidated with* 17-cv-02406-DSF-SHK<br><br>[Assigned to Hon. Jesus G. Bernal]<br><br>**FRCP RULE 23 CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing<br>Date:          June 10, 2019<br>Time:          9:00 a.m.<br>Courtroom:  1 |

---

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL
-1-

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 10, 2019, at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located in Courtroom 1 at 3470 Twelfth Street, Riverside, CA, 92501, Plaintiffs Eric Boyd, Israel Whatley, Arturo Torres Romero, Victor Romano and Gregory Gingell ("Plaintiffs") will move, pursuant to FRCP Rule 23, for an order: (1) granting preliminary certification of the settlement class for settlement purposes only; (2) granting preliminary approval of the proposed settlement including appointment of Plaintiffs' counsel as Class Counsel; (3) authorizing the parties to provide the proposed Class Notice to the Class Members; and (4) setting a final approval or fairness hearing to be heard approximately 120 after the date preliminary approval is granted, as the Court's calendar permits. A proposed order to this effect is filed concurrently herewith.

This motion is unopposed by Defendant. The parties seek the Court's preliminary approval of the settlement in order to begin the process towards obtaining final approval of the proposed settlement through a final fairness hearing set approximately 120 days after preliminary approval. At that time, the Court will again have the opportunity to fully consider the proposed settlement before entering a final order.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the Class Action Settlement Agreement, the declaration of Brian Mankin filed herewith, the declaration of Kyle Nordrehaug filed herewith, and the proposed Order submitted herewith, the pleadings and records on file with this Court and on such oral and documentary evidence as may be presented at the time of hearing.

Dated: May 13, 2019         FERNANDEZ & LAUBY LLP

                                                  BY:   /s/ Brian J. Mankin
                                                        Brian J. Mankin, Esq.
                                                        Attorneys for Plaintiff and the similarly situated employees

# PROOF OF SERVICE
### (Pursuant to CCP §§ 1013(a)(1) and 2015.5)

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF RIVERSIDE  )

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 4590 Allstate Drive, Riverside, California 92501.

On May 13, 2019, I caused to be served the foregoing document(s) described as follows:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I declare that I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **(By Overnight Service)** I deposited such envelope in a facility regularly maintained by the United Parcel Service for receipt of items for overnight delivery, with overnight delivery expenses prepaid, addressed to the person to be served.

[X]  **(By Email)**  I sent the above documents by electronic mail to each of the email addresses of the parties listed on the attached service list.

[X]  **State**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 13, 2019, Riverside, California.

[ ]  **Federal**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Lisa Armendarez, Declarant

## SERVICE LIST

Mark Poliquin
POLIQUIN & DEGRAVE
22972 Mill Creek Drive
Laguna Hills, CA 92653
Agent for Service of Process for MAY TRUCKING COMPANY

Adam C. Smedstad, Esq.
Alaina Hawley, Esq.
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
30 West Monroe Street, #600
Chicago, IL 60603
312-255-7200
312-422-1224-fax
asmedstad@scopelitis.com
ahawley@scopelitis.com
Attorneys for Defendants MAY TRUCKING COMPANY

James H. Hanson, Esq.
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
10 W. Market Street, #1400
Indianapolis, IN 46204
317-637-1777
317-687-2414-fax
jhanson@scoplitis.com
Attorneys for Defendants MAY TRUCKING COMPANY