**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Email: kyle@bamlawca.com
Website: www.bamlawca.com

**FERNANDEZ & LAUBY LLP**
  Brian J. Mankin, Esq. (CSB No. 216228]
  Peter J. Carlson, Esq.  (CSB No. 295611)
4590 Allstate Drive
Riverside, CA  92501
Tel:  (951) 320-1444
Fax: (951) 320-1445
Email: bjm@fernandezlauby.com
Email: pjc@fernandezlauby.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BOYD, ISRAEL WHATLEY, ARTURO TORRES ROMERO, VICTOR ROMANO and GREGORY GINGELL, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAY TRUCKING COMPANY, a Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE No. **5:17-cv-02166-JGB-SHK**<br>*Consolidated with*<br>17-cv-02406-DSF-SHK<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: November 25, 2019<br>Hearing Time: 9:00 a.m.<br><br>Judge: Hon. Jesus G. Bernal<br>Riverside Courthouse, Courtroom 1 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on November 25, 2019, at 9:00 a.m. in the United States District Court for the Central District of California, located at the Riverside Courthouse, 3470 Twelfth Street, Riverside, CA, 92501, in Courtroom 1, before the Honorable Jesus G. Bernal, Plaintiffs Eric Boyd, Israel Whatley, Arturo Torres Romero, Victor Romano and Gregory Gingell ("Plaintiffs") will move for final approval of the proposed class settlement with Defendant May Trucking Company ("Defendant").

This motion is brought pursuant to the order dated July 1, 2019 [Doc. No. 51] and Fed. R. Civ. P. Rule 23(h). This motion is unopposed and based on the Class Action Settlement Agreement ("Agreement") between the parties filed concurrently with this motion. There have been no objections to the Settlement by any member of the Class.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman Blumenthal and attached exhibits, the Declaration of Stephanie Molina (the Settlement Administrator), the Declarations of the Plaintiffs, the argument of counsel and upon such other material contained in the file and pleadings of this action.

This motion is made following the conference of counsel pursuant to L.R. 7-3 wherein the parties agreed on the filing of this unopposed motion based upon the Agreement.

There have been no objections received to the settlement and the Defendant does not oppose the motion.

Respectfully submitted,

Dated: October 28, 2019  BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW

By:  */s/ Kyle Nordrehaug*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiffs